IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHAWN HERRING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:13-CV-01918-TWT |
| | ) | |
| PTR MECHANICAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW, Shawn Herring, Plaintiff in the above-styled action and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action with prejudice.

The Clerk is requested to mark this matter DISMISSED and CLOSED.

This 13th day of September, 2013.

**COHAN LAW GROUP, LLC**

*/s/ Louis R. Cohan*

_____
LOUIS R. COHAN
Georgia Bar No. 173357
TRACY K. HAFF
Georgia Bar No. 141230
*Attorneys for Plaintiff*

3340 Peachtree Road, Suite 580
Atlanta, Georgia 30326
 (404) 891-1770
(404) 891-5094 (facsimile)
lcohan@cohanlawgroup.com
tkhaff@cohanlawgroup.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Counsel for Plaintiff Shawn Herring hereby certifies that this pleading was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1.

**COHAN LAW GROUP, LLC**

*/s/ Louis R. Cohan*

_____
LOUIS R. COHAN
Georgia State Bar No. 173357
TRACY K. HAFF
Georgia State Bar No. 141230
*Attorneys for Plaintiff*

3340 Peachtree Road, Suite 580
Atlanta, Georgia 30326
(404) 891-1770 (telephone)
(404) 891-5094 (facsimile)
lcohan@cohanlawgroup.com
thaff@cohanlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ***DISMISSAL WITH PREJUDICE*** using the CM/ECF system.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

PTR Mechanical
c/o Registered Agent
National Corporate Research, LTD
3675 Crestwood Parkway, Suite 350
Duluth, Georgia 30096

This 13th day of September, 2013.

**COHAN LAW GROUP, LLC**

*/s/ Louis R. Cohan*

_____
LOUIS R. COHAN
Georgia State Bar No. 173357
TRACY K. HAFF
Georgia State Bar No. 141230
*Attorneys for Plaintiff*

3340 Peachtree Road, Suite 580
Atlanta, Georgia 30326
(404) 891-1770 (telephone)
(404) 891-5094 (facsimile)
lcohan@cohanlawgroup.com
thaff@cohanlawgroup.com